### GRAY v. STATE.
### No. 21889.

Court of Criminal Appeals of Texas.
Feb. 4, 1942.

Geo. T. Morris, Jr., and H. T. Cooper, both of Fort Worth, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for assault with intent to murder, punishment assessed at ten years in the penitentiary.

The indictment appears to be in proper form. The record is before this court without bills of exception or statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.

The record is before us without a statement of facts, in the absence of which the bills of exception appearing cannot be appraised.